A. MICHAEL WEBER (AMW 8760)
DEKE W. BOND (DWB 0349)
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
Cottages & Gardens Publications, LLC and Richard Ekstract
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE A. SAGALYN,<br><br>Plaintiff,<br><br>-against-<br><br>COTTAGES & GARDENS PUBLICATIONS, LLC and RICHARD EKSTRACT,<br><br>Defendants. | Index No. 08 CV 5233<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants state that Defendant Cottages & Gardens Publications, LLC has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Date: July 3, 2008
      New York, New York

_____
A. Michael Weber (AW 8760)
Deke W. Bond (DB 0349)
LITTLER MENDELSON
 A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants
Cottages & Gardens Publications, LLC
and Richard Ekstract

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE A. SAGALYN,<br><br>            Plaintiff,<br><br>-against-<br><br>COTTAGES & GARDENS PUBLICATIONS, LLC and RICHARD EKSTRACT,<br><br>            Defendants. | Index No. 08 CV 5233<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on July 3, 2008, I served the foregoing on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via First Class Mail, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

        William C. Rand, Esq.
        Law Office of William Coudert Rand
        711 Third Avenue, Suite 1505
        New York, NY  10036

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 3rd day of July 2008, in New York, New York.

                                              Deke W. Bond

Firmwide:85760497.1 059149.1001